UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PASQUAL AGUILAR,

    Plaintiff,

   v.

CITIMORTGAGE, INC.,

    Defendant.

NO. CIV. S-10-0862 FCD KJM

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.   The hearing on Plaintiff's Motion for Preliminary Injunction was held on June 4, 2010 at 10:00 a.m.

    2.   Plaintiff's counsel, Mr. Piotr G. Reysner, is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to appear at the hearing on his motion.

    3.   Counsel shall file his response to the order to show cause on or before June 25, 2010.

    4.   A hearing on the order to show is set for July 9, 2010 at 10:00 a.m. in Courtroom #2.

    IT IS SO ORDERED.

DATED: June 4, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE