UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PASQUAL AGUILAR,

        Plaintiff,

   v.

CITIMORTGAGE, INC.,

        Defendant.

NO. CIV. S-10-0862 FCD KJM

<u>ORDER FOR SANCTIONS AND</u>
<u>FURTHER ORDER TO SHOW CAUSE</u>

----oo0oo----

    On June 4, 2010, plaintiff's counsel, Mr. Piotr Gabriel Reysner, was ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to appear at the hearing on Plaintiff's Motion for Preliminary Injunction. The court ordered counsel to file his response to the Order to Show Cause on or before June 25, 2010. As of today's date, a response has not been filed.

    Plaintiff has also failed to file and serve an opposition brief or notice of non-opposition to defendant's Motion to Dismiss (Docket # 13) in compliance with Local Rule 230(c).

Therefore, the court makes the following orders:

1. Plaintiff's counsel, Mr. Piotr Gabriel Reysner, is ordered to pay sanctions in the amount of **$150.00** for his failure to file a response to the Order to Show Cause filed on June 4, 2010. Payment should be in the form of a check made payable to the Clerk of the Court. The sum is to be paid personally by plaintiff's counsel **not later than fourteen (14) days** from the filing of this Order for Sanctions.

2. Plaintiff's counsel is further ordered to show cause why he should not be sanctioned an additional **$300.00** for his failure to respond to legal deadlines and the court's orders, and why plaintiff's case should not be dismissed for failure to prosecute. Counsel shall file his response to this Order to Show Cause on or before July 23, 2010.

3. The hearing currently set for July 9, 2010 for defendant's Motion to Dismiss is VACATED and RESET for August 6, 2010 at 10:00 a.m. Plaintiff shall file and serve his opposition brief or notice of non-opposition no later than July 23, 2010. The defendant may file and serve a reply on or before July 30, 2010.

4. A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

IT IS SO ORDERED.

DATED: June 28, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE