1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PASQUAL AGUILAR,

11          Plaintiff,                    No. CIV S-10-862 FCD KJM PS

12      vs.

13   CITIMORTGAGE, INC.,

14          Defendant.                    <u>ORDER</u>

15   _____/

16          This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21).

17   Calendared for hearing on September 8, 2010 is defendant's motion to dismiss.  No opposition to

18   the motion has been filed.

19          Local Rule 78-230(c) provides that opposition to the granting of a motion must be

20   filed fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o

21   party will be entitled to be heard in opposition to a motion at oral arguments if written opposition

22   to the motion has not been timely filed by that party."  In addition, Local Rule 78-230(i)

23   provides that failure to appear may be deemed withdrawal of opposition to the motion or may

24   result in sanctions.  Finally, Local Rule 11-110 provides that failure to comply with the Local

25   Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or

26   within the inherent power of the Court."

1            Good cause appearing, IT IS HEREBY ORDERED that:

2            1.  The hearing date of September 8, 2010 is vacated.  Hearing on defendant's

3    motion is continued to October 13, 2010 at 10:00 a.m. in courtroom no. 26.

4            2.  Plaintiff shall file opposition, if any, to the motion no later than September 29,

5    2010.  Failure to file opposition and appear at the hearing will be deemed as a statement of non-

6    opposition and shall result in a recommendation that this action be dismissed pursuant to Federal

7    Rule of Civil Procedure 41(b).

8    DATED:  August 30, 2010.

9    _____

    006                            U.S. MAGISTRATE JUDGE

10   aguilar.nop

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26